IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JERRY LYNN JACKSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 5:08-cv-00618-UWC-TMP |
| MADISON COUNTY JAIL, *et al.*, | ) ) ) |
| Defendants. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 24, 2008, recommending that this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). No objections have been filed by the plaintiff.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which

---

[1] The copy of the report and recommendation mailed to the plaintiff at the Madison County Jail was returned to the court as undeliverable. A notation on the envelope indicates the plaintiff has been released from that jail. On the complaint form completed and filed by the plaintiff, he was advised of his responsibility to notify the clerk in writing of any address change. He has failed to comply with that directive.

relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  A Final Judgment will be entered.

    Done the 28th day of August, 2008.

                                              _____
                                                     U.W. Clemon
                                        United States District Judge